UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia Sainz Ewings, | Case No. 20-cv-2020 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Matthew Thomas Ewings and Ewings Associates, Inc. | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation of August 27, 2021 (ECF No. 6), which recommends dismissing this case pursuant to Federal Rule of Civil Procedure 4(m). No party has objected to the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 6) is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: 9/13/21

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge